# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 28, 2014

148379

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

BUREAU OF HEALTH PROFESSIONS,
      Petitioner-Appellee,

v

CLAUDE C. RODGERS, III, LMSW,
      Respondent-Appellant.

SC: 148379
COA: 304710
Dept. of Community Health:
2006-001206

_____/

      On order of the Court, the application for leave to appeal the November 14, 2013 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 28, 2014



h0421

Clerk